IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GOODRIDGE,

     Petitioner,          No. CIV S-10-1714 WBS GGH P

  vs.

MICHAEL MARTEL, Warden,

     Respondent.         <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner's July 27, 2010, request
2  for appointment of counsel (Docket No. 13) is denied without prejudice to a renewal of the
3  motion at a later stage of the proceedings.
4  DATED: August 13, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
good1714.110(2)