IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GOODRICH,

    Petitioner,                   No. CIV S-10-1714 WBS GGH P

    vs.

MICHAEL MARTEL,

    Respondent.                ORDER

_____/

        For the third time in this action, petitioner has requested the appointment of counsel. As explained twice previously, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's April 4, 2011, request
2  for appointment of counsel (Docket No. 28) is denied.
3  DATED: April 18, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
good1714.110