IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GOODRICH,

    Petitioner,  No. CIV S-10-1714 WBS GGH P

    vs.

MICHAEL MARTEL,

    Respondent.  <u>ORDER</u>

_____/

    On June 2, 2011, plaintiff filed his second motion for a certificate of appealability. This civil rights action was closed on May 3, 2011, and petitioner's first motion for a certificate of appealability was denied.  (Doc. Nos. 33, 35.)  Petitioner's appeal was processed to the Ninth Circuit Court of Appeal on May 24, 2011.  (Doc. No. 38.)  The instant filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: July 12, 2011

                            /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:14
good1714.58ggh

1